IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JIM PEERA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:09cv158-MHT (WO) |
| THE CITY OF MONTGOMERY, et al., | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

It is ORDERED that the joint motion to dismiss (doc. no. 52) is granted and that this cause is dismissed in its entirety with prejudice.

It is ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of January, 2010.

                         /s/ Myron H. Thompson  
                      UNITED STATES DISTRICT JUDGE